**Opinion issued August 10, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00510-CV

_____

## IN RE ALI CHOUDHRI, 9201 MEMORIAL LLC, AND 2727 KIRBY 26L LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Ali Choudhri, 9201 Memorial LLC, and 2727 Kirby 26L LLC (collectively, "relators"), have filed a petition for a writ of mandamus, arguing that this Court should stay the trial court's July 12, 2023 order because the trial court "abused [its] discretion and violated the [Texas Citizen's Participation Act ('TCPA')] by ordering discovery that was not limited in scope and relevant to [relators'] TCPA [m]otion" and without "evidence of good cause." Relators further

assert that the trial court erred "by awarding sanctions without having given Choudhri notice and opportunity to be heard."[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams, and Justices Hightower and Countiss.

---

[1] The underlying case is *Osama Abdullatif, Individually, and Abdullatif & Company, LLC v. Ali Choudhri, 9201 Memorial LLC, 2727 Kirby 26L LLC, Memorial Glen Cove LLC, Memorial Park LLC, and VGRP Holdings LLC*, Cause No. 2023-10986 in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft presiding.